IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAUREN B. PEÑA, | § | NO. 1:26-CV-01077-DAE |
| Plaintiff. | § | |
| | § | |
| v. | § | |
| | § | |
| STEPHANIE MUTH, ET AL., | § | |
| Defendants. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation ("the Report") submitted by United States Magistrate Judge Dustin M. Howell. (Dkt. # 4.) Neither party has objected to the Report. The Court finds this matter suitable for disposition without a hearing. After reviewing the Report, the Court ADOPTS Magistrate Judge Howell's recommendation. (Dkt. # 4.)

BACKGROUND

The Court recites the background facts as stated by the Magistrate Judge. (Dkt. # 4.) Plaintiff Lauren B. Peña ("Peña") filed suit against Stephanie Muth, the executive commissioner of the Texas Health and Human Services Commission ("HHSC"), Sandra Dillet, the regional director for HHSC, and unknown HHSC employees (collectively, "Defendants"), in their official and

individual capacities. (Dkt. # 4 at 1-4.) Peña challenges HHSC's termination and continued denial of her Temporary Assistance for Needy Families ("TANF") benefits based on the vaccination status of her child, asserting that the termination violated her sincerely held religious beliefs. (Dkt. #1 at 1-2.) Peña asserts claims under 42 U.S.C. § 1983 for violations of her rights under the First and Fourteenth Amendments, as well as claims under the Texas Religious Freedom Restoration Act ("TRFRA"). (Dkt. # 1 at 12-17.) Peña seeks declaratory and injunctive relief, as well as monetary damages. (Dkt. # 1 at 18.)

Magistrate Judge Howell found that Peña is indigent, granted her leave to proceed *in forma pauperis*, and ordered service of Peña's complaint upon Defendants as to all claims other than Peña's § 1983 claims brought against Defendants in their official capacities. (Dkt. # 4 at 1, 6.) Magistrate Judge Howell found that Peña's § 1983 claims brought against Defendants in their official capacities are barred by sovereign immunity and recommended that the Court dismiss the claims with prejudice under 28 U.S.C. § 1915(e)(2)(B). (Dkt. # 4 at 4-6.) Magistrate Judge Howell further found that Peña's remaining § 1983 claims, brought against Defendants in their individual capacities, as well as her TRFRA claim are non-frivolous and should not be dismissed. (Dkt. # 4 at 5-6.) Magistrate Judge Howell filed his Report on June 8, 2026. (Dkt. # 4.) Neither party has filed objections.

DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusions that Peña's § 1983 claims against Defendants in their official capacities are barred by sovereign immunity, and that Peña's remaining claims are non-frivolous, are reasonable and absent of clear error. (Dkt. # 4 at 4-6.) Therefore, the Court determines that the Magistrate Judge's conclusions and recommendations are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Report and Recommendation by the Magistrate Judge as the opinion of the Court. (Dkt. # 4.) Peña's § 1983 claims brought against Defendants in their official capacities are **DISMISSED WITH PREJUDICE**. Peña's remaining § 1983 claims, brought against Defendants in their individual capacities, survive.

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, September 28, 2026.

David Alan Ezra
Senior United States District Judge